

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215) 861-8464*
*Facsimile: (215) 861- 8618*
*E-mail Address: robert.j.livermore@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 18, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  United States v. Shahidul Gaffar and Nabila Khan
     Criminal No. 20-392

Dear Clerk:

    Please unimpound the Information in regard to the above-captioned case.  The Information was filed on November 9, 2020.

Very truly yours,

WILLIAM M. McSWAIN
United States Attorney


  */s/ Robert J. Livermore*
ROBERT J. LIVERMORE
Assistant United States Attorney