# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v | : | |
| | : | |
| | : | |
| **NABILA KHAN** | : | NO.: **20-392-02** |

## ORDER TO SURRENDER

**AND NOW**, this <u>9th</u> day of <u>September</u> 2021, the above-named defendant having been sentenced to the custody of the Bureau of Prisons,

**IT IS ORDERED** that the execution of prison sentence is suspended until <u>Monday, November 8, 2021</u>, at which time defendant is directed to report to <u>an institution designated by the U.S. Marshals and Bureau of Prisons</u> no later than <u>2:00 p.m.</u> to commence service said sentence.

_____
Joshua D. Wolson, J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____    _____
*Attorney – Witness*                                          *Defendant*

Cr 28 (8/80)